JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANTA ANA GASOLINE, INC., a California corporation, | Case No. CV12-01785 PA (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | Complaint Filed: October 15, 2012 |
| EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive, | District Judge: Hon. Percy Anderson<br>Dept: 15 |
| | Magistrate: Hon. Victor B. Kenton<br>Dept: 590 |
| Defendants. | Trial Date: Not Set |

C0379003/1629500-1

1    Case No. CV12-01785 PA (VBKx)

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1    Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2  and between the parties, the Court hereby orders this action to be dismissed with
3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4  shall bear their own attorneys' fees and costs.

6    IT IS SO ORDERED.

9  Dated: August 7, 2013

_____
Hon. Percy Anderson
United States District Judge